RONALD J. HOLLAND, Bar No. 148687
LAURA E. HAYWARD, Bar No. 204014
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.743.6665

Attorneys for Defendant
WASTE MANAGEMENT OF
ALAMEDA COUNTY, INC.

F. ANTHONY EDWARDS
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Blvd., Suite 650
Walnut Creek, CA 94596
Telephone: 925.947.1600

Attorney for Plaintiff
MARC EASON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC EASON,<br><br>             Plaintiff,<br><br>   v.<br><br>WASTE MANAGEMENT OF<br>ALAMEDA COUNTY; and DOES 1<br>through 50, inclusive,<br><br>             Defendants. | Case No. C 06 06289 JCS<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS**<br><br>Date:   January 12, 2007<br>Time:   1:30 p.m.<br>Ctrm:   A<br><br>Judge:   Joseph C. Spero |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration          ☒ ENE          ☐ Mediation

*(See attached sheet regarding timing of session and preferred subject matter expertise of early neutral evaluator.)*

**Private Process:**

☐ Private ADR (please identify process and provider)

_____

Dated: _____, 2006

LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WASTE MANAGEMENT OF
ALAMEDA COUNTY, INC.

Dated: 12/21, 2006

F. ANTHONY EDWARDS
LAW OFFICES OF F. ANTHONY EDWARDS
Attorney for Plaintiff
MARC EASON

IT IS SO ORDERED:

Dated: _____, 2006

HON. JOSEPH C. SPERO

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration        ☒ ENE        ☐ Mediation

*(See attached sheet regarding timing of session and preferred subject matter expertise of early neutral evaluator.)*

**Private Process:**

☐ Private ADR (please identify process and provider)

_____

Dated: Dec 21, 2006

*/s/ Laura Hayward/*
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WASTE MANAGEMENT OF
ALAMEDA COUNTY, INC.

Dated: _____, 2006

_____
F. ANTHONY EDWARDS
LAW OFFICES OF F. ANTHONY EDWARDS
Attorney for Plaintiff
MARC EASON

IT IS SO ORDERED:

Dated: December 22, 2006

/s/ Judge Joseph C. Spero
HON. Judge Joseph C. Spero
United States District Court, Northern District of California

JOINT STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS         2.         Case No. C 06 06289 JCS

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1  The parties request that the ENE take place no sooner than March 2007 and that the
2  Early Neutral Evaluator be experienced in the resolution of employment disputes, preferably with
3  some knowledge of traditional labor law and disability discrimination claims.

Firmwide:81800654.1 046609.1352

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS       3.       Case No. C 06 06289 JCS