

# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

March 23, 2007

Laura E. Hayward
Direct: 415.677.3180
Direct Fax: 415.743.6665
lhayward@littler.com

**VIA E-FILING**

The Honorable Joseph C. Spero
United States District Court
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Marc Eason v. Waste Management of Alameda County,* Case No. C 06 06289 JCS

Dear Judge Spero:

Pursuant to the direction of your clerk, I am writing to confirm that I would like to attend the Case Management Conference in the above-referenced matter on Friday March 30, 2007 at 1:30 p.m. telephonically. I will be available at the following telephone number (949) 705-3000 (extension 7241).

Thank you.

Very truly yours,

*Laura Hayward*

Laura E. Hayward

LEH/aek

IT IS SO ORDERED:

Dated: 03/26/07

[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]

Firmwide:82230468.1 046609.1352

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MASSACHUSETTS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
650 California Street, 20th Floor, San Francisco, California 94108.2693 Tel: 415.433.1940 Fax: 415.399.8490 www.littler.com