UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARC EASON,

        Plaintiff(s),

    v.

WASTE MANAGEMENT OF ALAMEDA COUNTY,

        Defendant(s).
_____/

No. C 06-06289 JCS

**FURTHER CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER AND ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on March 30, 2007, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff shall appear on **April 27, 2007, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on March 30, 2007, and failure to comply with the Court's Order of January 16, 2007. A further case management conference will be held on April 27, 2007.

IT IS HEREBY FURTHER ORDERED that parties must seek leave of Court before adding new parties.

IT IS SO ORDERED.

Dated: April 2, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge