**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6  MARC EASON,                          Case No.  C06-6289 JCS
7              Plaintiff(s),
                                        **ORDER DISMISSING CASE WITHOUT**
8        v.                             **PREJUDICE**
9  WASTE MANAGEMENT OF ALAMEDA
   COUNTY,
10
11             Defendant(s).
   _____/
12
13       IT IS HEREBY ORDERED THAT this case shall be dismissed, without prejudice, for
14  Plaintiff's failure to prosecute, and for failure to comply with this Court's Orders.
15       IT IS SO ORDERED.
16
17  Dated:  April 30, 2007
18
19  _____
    JOSEPH C. SPERO
20  United States Magistrate Judge
21
22
23
24
25
26
27
28