UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC EASON, | No. C 06-06289 JCS |
| Plaintiff(s), | **ORDER ADVANCING CASE MANAGEMENT CONFERENCE TO DECEMBER 7, 2007 AND REQUIRING PERSONAL ATTENDANCE OF PLAINTIFF AND PLAINTIFF'S COUNSEL** |
| v. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the further case management conference, previously noticed for December 21, 2007, at 1:30 p.m., has been ADVANCED to **December 7, 2007, at 1:30 p.m.**

IT IS HEREBY FURTHER ORDERED that Plaintiff, and his counsel must appear, **in person,** at the case management conference.

IT IS SO ORDERED.

Dated: November 26, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge