F. Anthony Edwards, Esq. Bar No. 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Blvd., Suite 650
Walnut Creek, CA 94596

Telephone: 925-947-1600

Attorneys for Plaintiff
Marc Eason

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| MARC EASON, | CASE NO. C-0606289 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL** [FRCP 41(a)(1)] |
| v. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the above-caption action is dismissed with prejudice in its entirety, pursuant to FRCP 41(a)(1)

Dated: 11/29/07

F. Anthony Edwards
Attorney for Plaintiff
Marc Eason

Dated: 11/29/07

Laura E. Hayward
LITTLER MENDELSON
Attorney for Defendant
Waste Management of Alameda County

Dated: 11/30/7

IT IS SO ORDERED
Judge Joseph C. Spero

Stipulation of Dismissal

LAW OFFICES OF
F. ANTHONY EDWARDS
ATTORNEYS & COUNSELLORS